Upon consideration of the January 17, 2018 petition and affidavit submitted by Respondent Jamae K.K. Kawauchi and the record, we conclude Respondent Kawauchi has complied with the terms of her suspension. Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Kawauchi is reinstated to the practice of law in the jurisdiction of the State of Hawai'i, effective upon entry of this order.

DATED: Honolulu, Hawai'i, January 25, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

